REIR THORSON *vs.* ST. PAUL FIRE & MARINE INSURANCE COMPANY.

November 27, 1884.

Practice—Service by Mail—Clerk of Court.

On January 19, 1884, an order was made by the district court for Kandiyohi county, *Brown*, J., presiding, denying defendant's motion for a new trial in this action. Notice of this order was served upon defendant's attorney, by mail, on January 26, 1884, and on March 25, 1884, notice of appeal by defendant was mailed to plaintiff's attorney and to the clerk of the district court.

This is a motion by respondent to dismiss the appeal, it appearing from the affidavit of the clerk of the district court that he did not receive the notice of appeal till March 28, 1884.

*R. P. Perry*, for appellant.

*Arctander & Quale*, for respondent.

*By the Court.* Gen. St. 1878, c. 66, §§ 73–76, providing for the service of notice by mail, do not apply to notices served on the clerk of the court; so that such a service on the clerk is not good, unless the notice actually reach him within the proper time.

Appeal dismissed.